**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1566

ALPHONZO TAYLOR, SR.,

Plaintiff - Appellant,

versus

GENE JOHNSON; WILLIAM ROGERS; MARILYN HILL;
TAMMY ESTEP; DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:05-cv-00887-JRS)

Submitted: August 31, 2006          Decided: September 5, 2006

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alphonzo Taylor, Sr., Appellant Pro Se. Guy Winston Horsley, Jr., Assistant Attorney General, Gregory Clayton Fleming, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alphonzo Taylor, Sr., appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Taylor v. Johnson</u>, No. 3:05-cv-00887-JRS (E.D. Va. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>